Submitted on record and briefs February 21, reversed and remanded for new trial March 1, 1978

STATE OF OREGON, *Respondent,*

*v.*

KEITH STEVEN GUISINGER, *Appellant.*

(No. 77-1093-C, CA 9404)

575 P2d 178

J. Dana Pinney, Medford, filed the brief for appellant.

James A. Redden, Attorney General, Al J. Laue, Solicitor General, and Catherine Allan, Assistant Attorney General, Salem, filed the brief for respondent.

Before Schwab, Chief Judge, and Lee, Richardson, and Joseph, Judges.

PER CURIAM.

Reversed and remanded for new trial. *State v. Wiik,* 31 Or App 571, 570 P2d 1021 (1977), *rev den* (1978), 281 Or 323.